# EXHIBIT A

CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

Delayed

**STATE OF TEXAS** DELAYED **CERTIFICATE OF BIRTH** 170 BIRTH NO. 127109

<table>
<tr><td rowspan="5">CHILD</td><td colspan="3">1. NAME [Type or print] [a] First<br>Jessie</td><td>[b] Middle<br>Christian</td><td colspan="2">[c] Last<br>Salgado</td><td colspan="2">2. DATE OF BIRTH<br>March 8, 1985</td></tr>
<tr><td>3. SEX<br>Male</td><td colspan="3">4a. PLACE OF BIRTH — COUNTY<br>Montgomery</td><td colspan="4">4b. CITY OR TOWN [If outside city limits, give precinct no.]<br>Conroe</td></tr>
<tr><td colspan="3">4c. NAME OF HOSPITAL [If not in hospital, give street address]<br>505 Hildred Conroe Texas</td><td>4d. INSIDE CITY LIMITS?<br>Yes</td><td colspan="2">5a. THIS BIRTH-SINGLE, TWIN, TRIPLET, ETC. [Specify]<br>Single</td><td colspan="2">5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd [Specify]</td></tr>
</table>

| FATHER | 6. NAME [a] First | [b] Middle | [c] Last | | |
|---|---|---|---|---|---|
| | Prodigios | NMN | Salgado | | |
| | 7. RACE<br>Mexican | 8a. IS FATHER OF SPANISH ORIGIN?<br>Yes | | 8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC.<br>Mexican | |
| | 9. AGE [At time of this birth]<br>23 | 10. BIRTHPLACE [State or foreign country]<br>Mexico | 11a. USUAL OCCUPATION<br>Unemployed | 11b. KIND OF BUSINESS OR INDUSTRY<br>Unemployed | |

| MOTHER | 12. MAIDEN NAME [a] First | [b] Middle | [c] Last | |
|---|---|---|---|---|
| | Virginia | NMN | Resendez | |
| | 13. RACE<br>Mexican | 14a. IS MOTHER OF SPANISH ORIGIN?<br>Yes | 14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC.<br>Mexican | |
| | 15. AGE [At time of this birth]<br>21 | 16. BIRTHPLACE [State or foreign country]<br>Mexico | 17a. USUAL OCCUPATION<br>House Wife | 17b. KIND OF BUSINESS OR INDUSTRY<br>House Wife |

| 18a. RESIDENCE — STATE<br>Texas | 18b. COUNTY<br>Montgomery | 18c. CITY OR TOWN [If outside city limits, show rural]-ZIP CODE<br>Conroe | 18d. STREET ADDRESS [If rural, give location]<br>505 Hildred | 18e. INSIDE CITY LIMITS?<br>Yes |
|---|---|---|---|---|

| 19. Children previously born to this mother [Do not include this birth] | a. How many other children are now living?<br>0 | b. How many other children were born alive but are now dead? | c. How many children were born dead after 20 weeks pregnancy? | 20. INFORMANT'S SIGNATURE<br>*Virginia Salgado* |
|---|---|---|---|---|

| 21. I hereby certify that this child was born alive on the date stated above at 12:45 A. M. | 22a. ATTENDANT'S SIGNATURE<br>*Mrs. Alba S. Lyon* | 22b. ATTENDANT AT BIRTH<br>M.D., D.O., C.N.M., MIDWIFE, OTHER [Specify]<br>By her Friend |
|---|---|---|
| | 22c. ATTENDANT'S ADDRESS<br>505 Hildred Conroe Texas | 22d. DATE SIGNED<br>3 / 10/86 |

| 23a. FILE NO. | 23b. FILE DATE<br>March 28, 1986 | 23c. SIGNATURE OF STATE REGISTRAR<br>*T.R. Carroll* |
|---|---|---|


M 0097 2332

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED    JAN 04 2010

*Geraldine R. Harris*
GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

Texas Department of Health — BUREAU OF VITAL STATISTICS
VS-121 Rev. 1/80



# EXHIBIT B



United States Department of State

*Washington, D.C. 20520*

November 18, 2013

Mr. Jessie Christian Salgado
2186 Applewood Drive
Willis, Texas 77378

Dear Mr. Salgado,

The State Department hereby informs you that it has revoked U.S. Passport Number 465477610 issued to you on February 22, 2010, along with any other U.S. passports issued to you. This action was taken in accordance with the provisions of Section 51.62(b) of Title 22 of the U.S. Code of Federal Regulations, which provide that a U.S. passport may be revoked when it has been determined that the bearer of the passport is not a U.S. National.

State Department records show that you executed a passport application in the name of Jessie Christian Salgado on January 8, 2010, at the Houston U.S. Post Office, Texas. In support of your application, you submitted a Texas birth certificate in the name of Jessie Christian Salgado as proof of citizenship. This birth certificate was recorded on March 28, 1986, and indicates that you were born on March 8, 1985, in Conroe, Texas.

An investigation by the Department revealed a Mexican birth record in your name, indicating you were born on March 8, 1985, in Durango, Mexico. This birth record was registered on March 14, 1985, in Durango, Mexico, more than one year before the birth registration date on your Texas birth certificate. Based on this new evidence and the totality of the circumstances, we have determined that the revocation of your passport is warranted pursuant to Section 51.62(b) of Title 22 of the U.S. Code of Federal Regulations because the evidence does not support a claim of U.S. citizenship.

In accordance with Section 51.7 of Title 22 of the U.S. Code of Federal Regulations, a U.S. passport remains the property of the U.S. Government and must be surrendered on demand. Therefore, you are requested to surrender U.S. Passport Number 465477610, and any other U.S. passport in your possession, to:

> U.S. Department of State
> ATTN: Revocations Officer
> CA\PPT\S\L
> 4th Floor
> 1150 Passport Services Place
> Dulles, Virginia 20189-1150

Be advised that any further use of a U.S. passport issued to you is a violation of Section 1544 of Title 18 of the U.S. Code, which is a felony.

In closing, be advised that you are not entitled to a hearing under Sections 51.70 through 51.74 of Title 22 of the U.S. Code of Federal Regulations, which state that a hearing is not provided in the case of an adverse passport action taken on the grounds of non-citizenship, such as this case. However, if appropriate, you may seek to pursue an action in U.S. district court under 8 U.S.C. Section 1503.  You may also re-apply for a U.S. passport should you obtain additional evidence establishing your claim to U.S. citizenship.

Sincerely,

Jonathan M. Rolbin
Director
Legal Affairs and
Law Enforcement Liaison

JMR/CML

# EXHIBIT C



**United States Department of State**

*Houston Passport Agency*
*44132 Mercure Circle*
*PO Box 1080*
*Sterling, Virginia 20166-1080*

December 29, 2017

Jessie Christian Salgado
123 Birchwood Drive
Willis, TX 77378

RE: 793216914

Dear Mr. Salgado:

This letter is in reference to your request for a U.S. passport. A review of your application and accompanying documents shows that your passport was executed on February 14, 2017 at the Montgomery County District Clerk in Conroe, Texas. As evidence of your birth in the United States, you submitted a delayed birth certificate issued by the Montgomery County Registrar in Conroe, Texas. The birth certificate indicates you were born on March 8, 1985 in Conroe, Texas. Your birth certificate was filed on March 28, 1986, more than one year after your birth occurred.

Under 22 C.F.R. 51.42, in order to establish birth in the United States, an applicant must generally submit a birth certificate that has been filed at the appropriate state registry within one year of birth. If an applicant is unable to submit a birth certificate that meets those requirements, he or she must submit for consideration secondary evidence that is sufficient to show birth in the United States. Such evidence includes, but is not limited to, hospital birth certificates, baptismal certificates, medical and school records, other documentary evidence created shortly after but generally not more than five years after birth, and/or affidavits of persons having personal knowledge of the facts of the birth.

Due to the delay in the filing of your birth certificate, you were requested to provide additional evidence to support your claim to U.S. citizenship. Although you have submitted supporting documentation, the evidence received is not sufficient to establish to the satisfaction of this office that you were born in the United States.

Furthermore, a foreign birth record exists that indicates your birth occurred in Durango, Mexico, on March 8, 1985, and filed on March 14, 1985. The foreign birth record predates the Texas birth certificate.

Therefore, a U.S. passport may not be issued to you at this time and your application is denied.

Under Section 51.46 of Title 22 of the Code of Federal Regulations, Passport Services has the authority to retain any evidence submitted with a passport application when deemed necessary. Since your documentation was considered crucial to the passport application, it has been retained. Any special return postage fees will be returned or refunded. By law, the passport execution and application fees are non-refundable.

Sincerely,

Kathe L. Harrell
Director

LL/ja

# EXHIBIT D

**ESTADOS UNIDOS MEXICANOS**
**ESTADO LIBRE Y SOBERANO DE DURANGO**

**REGISTRO CIVIL**
**ACTA DE NACIMIENTO**

**022644**

CLAVE DE REGISTRO E IDENTIDAD PERSONAL

10005261600703J

| OFICIALIA No. | LIBRO No. | ACTA No. | FECHA DE REGISTRO DIA MES AÑO |
|---|---|---|---|
| 26 | 1 | 703 | |
| LOCALIDAD DURANGO | MUNICIPIO DURANGO | ESTADO DURANGO | 08/04/2016 |

**REGISTRADO**

NOMBRE  JESSIE CHRISTIAN SALGADO          SEXO  MASCULINO
FECHA DE NACIMIENTO   08/03/1985          HORA  00:00:00
LUGAR DE NACIMIENTO
MONTGOMERY          CONROE          TEXAS
        Localidad          Municipio          Entidad Federativa
FUE REGISTRADO   VIVO          COMPARECIO
NUMERO DE CERTIFICADO DE NACIMIENTO

**PADRES**

NOMBRE DEL PADRE PRODIGIOS SALGADO          EDAD  23  FECHA DE NACIMIENTO
LUGAR DE NACIMIENTO     NACIONALIDAD     CERTIFICADA          DOMICILIO HABITUAL
                MEXICANA          SI ☐ NO ☐

                                                        MEXICO
     Localidad          Municipio          Entidad Federativa          País
NOMBRE DE LA MADRE VIRGINIA RESENDEZ          EDAD  21  FECHA DE NACIMIENTO
LUGAR DE NACIMIENTO     NACIONALIDAD     CERTIFICADA          DOMICILIO HABITUAL
                          SI ☐ NO ☐

                                                        MEXICO
     Localidad          Municipio          Entidad Federativa          País

**ABUELOS**

ABUELO PATERNO          NACIONALIDAD
ABUELA PATERNA          NACIONALIDAD
DOMICILIO(S)

ABUELO MATERNO          NACIONALIDAD
ABUELA MATERNA          NACIONALIDAD
DOMICILIO(S)

**TESTIGOS**

NOMBRE          EDAD          NACIONALIDAD
DOMICILIO
NOMBRE          EDAD          NACIONALIDAD
DOMICILIO

**PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO**

NOMBRE          EDAD          PARENTESCO
DOMICILIO

SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN QUIENES EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO IMPRIMEN SU HUELLA DIGITAL.

**FIRMAS DE LOS PADRES O DE LA PERSONA DISTINTA QUE PRESENTA AL REGISTRADO**

**FIRMAS DE LOS TESTIGOS**

Huella digital del registrado          EL C. OFICIAL 26 DEL REGISTRO CIVIL
                              DOY FE

                    LIC. JESUS MANUEL AGUILAR LEYVA
                         NOMBRE Y FIRMA

OFICIALIA 26 DEL REGISTRO CIVIL
DURANGO, DGO.

INTERESADO

FORMATO
GRATUITO

(Gov. seal)

**UNITED MEXICAN STATES**
**FREE AND SOVEREIGN STATE OF**
**DURANGO**
CIVIL REGISTRY
**BIRTH CERTIFICATE**

(State seal)

**022644**

| CODE ID AND PERSONAL ID |
| --- |
| **10005261600703J** |

| OFFICE No. | BOOK No. | CERTIFICATE No. | REGISTRATION DATE |
| --- | --- | --- | --- |
| **26** | **1** | **703** | MO DAY YEAR |

| LOCALITY | MUNICIPALITY | STATE | |
| --- | --- | --- | --- |
| **DURANGO** | **DURANGO** | **DURANGO** | **04/05/2015** |

**PERSON BEING REGISTERED**

SEX **MALE**

NAME: **JESSE CHRISTIAN SALGADO**

D.O.B.  **03/08/1985**

TIME: **00:00:00**

BIRTHPLACE

| **MONTGOMERY** | **CONROE** | **TEXAS** |
| --- | --- | --- |
| Locality | Municipality | State |

REGISTERED     **ALIVE**                    REPORTED BY ------------

BIRTH CERTIFICATE NUMBER ------------------

**PARENTS**

MOTHER'S NAME **PRODIGIOS SALGADO**                    AGE **23**                    D.O.B.----------

| BIRTHPLACE | NATIONALITY **MEXICAN** | CERTIFIED YES__ NO__ | MAILING ADDRESS |
| --- | --- | --- | --- |
| ------------------ | | ------------------- | **MEXICO** |
| Locality | | Municipality | State |

FATHER'S NAME **VIRGINIA RESENDEZ**                    AGE **21**                    D.O.B.----------

| BIRTHPLACE | NATIONALITY **MEXICAN** | CERTIFIED YES__ NO__ | MAILING ADDRESS |
| --- | --- | --- | --- |
| ------------------ | | ------------------- | **MEXICO** |
| Locality | | Municipality | State |

**GRANDPARENTS**

PATERNAL GRANDFATHER----------------------------                    NATIONALITY --------------------

PATERNAL GRANDMOTHER-------------------------                    NATIONALITY --------------------

ADDRESS (ES) ---------------------------

MATERNAL GRANDFATHER----------------------------                    NATIONALITY --------------------

MATERNAL GRANDMOTHER-------------------------                    NATIONALITY --------------------

ADDRESS (ES) ---------------------------

**WITNESSES**

| NAME ----------------------- | AGE -------- | NATIONALITY -------------------- |
| --- | --- | --- |
| ADDRESS -------------------- | | |
| NAME ----------------------- | AGE -------- | NATIONALITY -------------------- |
| ADDRESS -------------------- | | |

**PERSON OTHER THAN PARENTS WHO PRESENTS THE REGISTERED PERSON**

| NAME ----------------------- | AGE -------- | RELATIONSHIP ------------------ |
| --- | --- | --- |
| ADDRESS ------------------------- | | |

| | |
|---|---|
| THIS CERTIFICATE WAS READ AND IN AGREEMENT WITH ITS CONTENT IT WAS RATIFIED AND SIGNED BY THOSE INVOLVED AND KNOW HOW AND THOSE WHO DO NOT KNOW HOW, THEY PLACE THEIR FINGERPRINT | |

SIGNATURE OF THE PARENTS OR OTHER PERSON WHO PRESENT THE REGISTERED

WITNESSES SIGNATURE

| Fingerprint | C. OFFICER 26 OF THE CIVIL REGISTRY          (seal) |
|---|---|
| of the | I ATTEST |
| Registered | (*signature*)<br>ATTY JESUS MANUEL AGUILAR LEYVA<br>NAME AND SIGNATURE |

# Translations y Más

### CERTIFICATE OF TRANSLATION

I Evelyn Mejía am over the age of twenty-one years and competent to make this translation. I speak, read, and write fluently in both the English and Spanish languages. I hold a degree in Paralegal Studies.

I hereby certify that the Spanish to English translation attached hereto: "**Jesse Christian Salgado: BIRTH CERTIFICATE** consisting of a total of 1 page, is a true, correct and complete English translation to the best of my ability, of the original document in Spanish".


EVELYN MEJIA
TRANSLATIONS Y MAS
713-702-3481
E-mail: translations_y_mas@hotmail.com





Expediente no. 01262/2014, del juicio ORDINARIO CIVIL (FAMILIAR), promovido por JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO, VIRGINIA RESENDIZ CISNEROS vs de DIRECTOR GENERAL DEL REGISTRO CIVIL EN EL ESTADO, OFICIAL NUM. 21 DEL REGISTRO CIVIL RESIDENTE EN DURANGO, tramitado ante el juzgado cuarto familiar de la capital, se dictó un auto que a la letra dice:

DURANGO, DURANGO, VEINTICUATRO DE MARZO DE DOS MIL QUINCE - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - -

V I S T O S para dictar sentencia definitiva, los autos del juicio Ordinario Civil, expediente número 01262/2014, promovido por JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO y VIRGINIA RESENDIZ CISNEROS, por conducto de su apoderado legal, Licenciando MIGUEL BRICEÑO TREMILLO, en contra del DIRECTOR GENERAL DEL REGISTRO CIVIL EN EL ESTADO y OFICIAL DEL REGISTRO CIVIL NÚMERO VEINTIUNO DE ESTA CIUDAD; por la nulidad de un acta de nacimiento; teniendo las partes su domicilio para recibir notificaciones en esta ciudad; la actora en calle Salvador Nava número mil trescientos cinco de la colonia Real del Prado de esta ciudad, y la parte demandada en los estrados de este Juzgado; y, - -

R E S U L T A N D O:
ÚNICO.- Mediante escrito presentado el once de diciembre de dos mil catorce, comparecieron JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO y VIRGINIA RESENDIZ CISNEROS, por conducto de su apoderado legal, Licenciando MIGUEL BRICEÑO TREMILLO, a demandar en la vía Ordinaria Civil al DIRECTOR GENERAL DEL REGISTRO CIVIL EN EL ESTADO y OFICIAL DEL REGISTRO CIVIL NÚMERO VEINTIUNO DE ESTA CIUDAD, por la nulidad y cancelación de un acta de nacimiento. Se admitió la demanda en la vía y forma propuesta y se ordenó emplazar a los demandados para que dentro del término de nueve días, comparecieran a contestar la demanda interpuesta en su contra. Transcurrido el término del emplazamiento sin que contestaran la demanda, se les declaró la correspondiente rebeldía y se abrió el juicio a prueba por el plazo de diez días. Dentro del mismo, únicamente compareció la parte actora a ofrecer pruebas de su intención. Mediante acuerdo de fecha diecisiete de febrero de dos mil quince, se admitieron las pruebas ofrecidas y se señaló como fecha para la audiencia de desahogo de pruebas las once treinta horas del veintitrés de febrero del año en curso. En la fecha señalada, se desahogaron las pruebas y luego a petición de la parte accionante se citó a las partes para oír sentencia, que es la que ahora se pronuncia. - - - - - - - - - - - - -

C O N S I D E R A N D O:
PRIMERO.- Los actores JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO y VIRGINIA RESENDIZ CISNEROS, por conducto de su apoderado legal, Licenciando MIGUEL BRICEÑO TREMILLO, reclaman la cancelación del acta de nacimiento número 1845 (mil ochocientos cuarenta y cinco), libro 1 (uno), tomo 10 (diez), de fecha catorce de marzo de mil novecientos ochenta y cinco, ante el Oficial del Registro Civil número 21 de ésta ciudad, en atención a que su nacimiento se había registrado con anterioridad, ante Montgomery del Condado Conroe Texas, Estados Unidos.
Efectivamente, se acreditó en autos, la existencia de dos actas de nacimiento del actor en la que coinciden a plentitud los nombres de los padres, así como su fecha de nacimiento; sin embargo, las actas señalan un lugar de nacimiento distinto.
Por un lado se exhibió copia certificada del acta de nacimiento de JESSIE CHRISTIAN SALGADO, levantada ante el Oficial número 21 de ésta ciudad, acta de nacimiento número 1845 (mil ochocientos cuarenta y cinco), libro 1 (uno), tomo 10 (diez), de fecha catorce de marzo de mil novecientos ochenta y cinco, la que tiene valor probatorio pleno, en términos de los artículos 49 del Código Civil y 327 fracciones II y III y 403 del Código de Procedimientos Civiles.
Y por otro, también se presentó el certificado de nacimiento, debidamente acompañado de su traducción respectiva y de su apostillamiento en el que consta el nacimiento JESSIE CHRISTIAN SALGADO, el ocho de marzo de mil novecientos ochenta y cinco, en Montgomery del Condado Conroe Texas, Estados Unidos, con fecha de nacimiento ochenta y seis, el ocho de marzo de mil novecientos ochenta y seis; el que tiene fuerza convictiva plena, conforme a los artículos 2o., 3o., 4o. y 5o. de la Convención por la que se Suprime el Requisito de Legalización de los Documentos Públicos Extranjeros, suscrita por el Gobierno de México y aprobada por la Cámara de Senadores del Congreso de la Unión, mediante decreto publicado en el Diario Oficial de la Federación de diecisiete de enero de mil novecientos noventa y cuatro, promulgado y publicado para su debida observancia por el presidente de la República, el catorce de agosto de mil novecientos noventa y cinco, en los que se exige como única formalidad para la eficacia probatoria de dichos instrumentos, es que contengan la "apostilla" correspondiente puesta por la autoridad competente del Estado de donde emane ese instrumento.
Ahora bien, para demostrar que la primera de las actas mencionadas contiene un suceso falso, relativo al lugar de su nacimiento, el actor JESSIE CHRISTIAN SALGADO presentó como pruebas, la copia certificada del certificado de bautismo de fecha treinta y uno de mayo de mil novecientos noventa y tres, en el que se especifica que nació en la ciudad de Conroe, Texas, el ocho de marzo de mil novecientos ochenta y cinco.
Documento que se constituye un certificado público en términos del artículo 327 fracción VI del Código de Procedimientos Civiles, y que por tanto, merece plena fuerza probatoria conforme al numeral 403 del mismo ordenamiento legal. La que adminiculado con el certificado de nacimiento antes valorado, acorde al artículo 403 del mencionado código procesal, genera plena convicción en el sentido de que el actor JESSIE CHRISTIAN SALGADO, ciertamente nació en la ciudad de Montgomery del Condado Conroe Texas, Estados Unidos.
De donde se sigue, que la diversa acta de su nacimiento, levantada en ante el Oficial número 21 de ésta ciudad, acta de nacimiento número 1845 (mil ochocientos cuarenta y cinco), libro 1 (uno), tomo 10 (diez), de fecha catorce de marzo de mil novecientos ochenta y cinco, contiene un hecho falso puesto que en la misma se asienta que nació en dicha ciudad, siendo que como se dijo, su nacimiento en realidad tuvo lugar en los Estados Unidos de América.
Al respecto, es necesario establecer cuáles son los elementos de un acta de nacimiento; para ello se acude al contenido del artículo 58 del Código Civil, que dispone:
"Artículo 58.- El Acta de Nacimiento, contendrá el año, mes, día, hora y lugar de Nacimiento, el sexo, la impresión digital del presentado; el nombre y apellidos que le correspondan sin que por motivo alguno puedan omitirse, la expresión de si es presentado vivo o muerto, el nombre, domicilio y nacionalidad de los padres; el nombre, domicilio y nacionalidad de los abuelos paternos y maternos; el nombre, edad, domicilio y nacionalidad de los testigos, y si la presentación la realiza una persona distinta de los padres, se anotará su nombre, apellidos, edad, domicilio y parentezco (sic) con el registrado; salvo las prevenciones contenidas



en los Artículos siguientes:

El Oficial del Registro Civil deberá asentar como domicilio del nacido, el que señalen sus padres si el nacimiento ocurriere en un establecimiento de reclusión del Estado.

En el caso del artículo 60 de este Código, el Oficial del Registro Civil pondrá el apellido paterno de los progenitores o los dos apellidos del que lo reconozca.

Como se puede advertir, el precepto en comento exige que se contenga en el acta de nacimiento, el lugar en que aconteció el alumbramiento de aquél cuyo nacimiento se registra, requisito que no es de mera forma, sino que se trata de una cuestión sustancial, en la medida que indirectamente le está otorgando la nacionalidad mexicana por nacimiento al hacerse aparecer que nació en territorio nacional.

En efecto, al señalar que el actor es mexicano por nacimiento en virtud de haber nacido en esta ciudad de Durango, cuando de el certificado de su nacimiento y de su certificado de bautismo se desprende la falsedad de ese hecho, se trata de un elemento sustancial del acta, en virtud de que es una cuestión que modifica los derechos y obligaciones de quien se trate.

Así que dada la naturaleza trascendental del vicio imputado al acta de nacimiento cuestionada, se estima que al haberse asentado por el oficial del Registro Civil con residencia en esta ciudad, un hecho falso, que nunca aconteció, como lo es el hecho de que JESSIE CHRISTIAN SALGADO nació en esta ciudad de Durango, amerita ser declarada su nulidad, pues de no hacerlo, se permitiría la existencia de dos actas, respecto de las cuales, una de ellas, no tiene ningún interés el actor en que subsista precisamente por contener un hecho falso, sustancial para su validez.

Esta declaratoria ningún efecto jurídico negativo ocasiona al actor en la cuestión filiatoria, pues en el acta elaborada en el extranjero, se señaló el nombre de los padres de la registrada que son los mismos a que alude el oficial mexicano, de ahí que no exista un desconocimiento de la filiación de éste con sus padres.

Lo expuesto se robustece con la siguiente jurisprudencia de la Novena Época, emitida por la Primera Sala de la Suprema Corte de Justicia de la Nación, localizable en el Semanario Judicial de la Federación y su Gaceta, Tomo XXXIII, Junio de 2011, página 42, del siguiente texto y rubro.

"ACTA DE NACIMIENTO MEXICANA. EL HECHO DE QUE SEÑALE QUE EL ALUMBRAMIENTO OCURRIÓ EN TERRITORIO MEXICANO, HABIÉNDOSE ACREDITADO EN JUICIO QUE SUCEDIÓ EN EL EXTRANJERO, CONSTITUYE UN VICIO SUSTANCIAL QUE HACE PROCEDENTE LA NULIDAD DE AQUÉLLA (LEGISLACIONES DE LOS ESTADOS DE JALISCO Y COAHUILA). La circunstancia de que un acta de nacimiento mexicana contenga un hecho falso, consistente en señalar que el alumbramiento ocurrió en territorio mexicano, habiéndose acreditado en juicio que sucedió en el extranjero, constituye un vicio sustancial que hace procedente su nulidad y no su rectificación, al ser una cuestión que puede modificar la situación jurídica de la persona de cuyo estado civil se trate y debido a la posibilidad de inscribir el acta de nacimiento extranjera en el Registro Civil que corresponda. Ello es así, pues mantener su validez sólo ocasionaría una duplicidad de actas que daría lugar a incertidumbre e inseguridad jurídicas, debilitando la función de orden público que corresponde a dicho Registro, precisando que la nulidad del acta de nacimiento sólo puede solicitarse por las personas de cuyo estado civil se trate, así como por aquellas a quienes la ley lo permita expresamente."

Por consiguiente, con fundamento en el artículo 8° del Código Civil del Estado, que establece:

"Los actos ejecutados contra el tenor de las leyes prohibitivas o de interés público serán nulos, excepto en los casos en que la ley ordene lo contrario."

Debe ordenarse la nulidad del registro del nacimiento de JESSIE CHRISTIAN SALGADO, levantada ante el Oficial número 21 de ésta ciudad, acta de nacimiento número 1845 (mil ochocientos cuarenta y cinco), libro 1 (uno), tomo 10 (diez), de fecha catorce de marzo de mil novecientos ochenta y cinco.

Para que de esa forma, prevalezca únicamente el registro del nacimiento de JESSIE CHRISTIAN SALGADO, del ocho de marzo de mil novecientos ochenta y cinco, en Montgomery del Condado Conroe Texas, Estados Unidos, con fecha de registro veintiocho de marzo de mil novecientos ochenta y seis.

Por tanto, gírese oficio al Oficial número veintiuno con residencia en ésta ciudad de Durango, así como al Director General del Registro Civil en el Estado, a fin de que proceda a la cancelación del acta que se ha declarado nula.

Por lo anteriormente expuesto y fundado y con apoyo además, en los artículo 79 fracción VI, 80, 81, 82 y demás relativos del Código de Procedimientos Civiles, se resuelve: --------------------

PRIMERO.- Los actores JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO y VIRGINIA RESENDIZ CISNEROS, por conducto de su apoderado legal, Licenciado MIGUEL BRICEÑO TREMILLO, probaron su acción y los demandados DIRECTOR GENERAL DEL REGISTRO CIVIL EN EL ESTADO y OFICIAL DEL REGISTRO CIVIL NÚMERO VEINTIUNO DE ESTA CIUDAD, no contestaron la demanda ni opusieron excepciones, en consecuencia: -------------------

SEGUNDO.- Se declara la nulidad del registro de nacimiento de JESSIE CHRISTIAN SALGADO, del Oficial número 21 de ésta ciudad, acta de nacimiento número 1845 (mil ochocientos cuarenta y cinco), libro 1 (uno), tomo 10 (diez), de fecha catorce de marzo de mil novecientos ochenta y cinco.------

TERCERO.- Gírese el oficio correspondiente al OFICIAL DEL REGISTRO CIVIL NÚMERO VEINTIUNO DE ESTA CIUDAD, así como al DIRECTOR GENERAL DEL REGISTRO CIVIL EN EL ESTADO, para que procedan a la cancelación del acta anulada. - - -

CUARTO.- NOTIFÍQUESE.- Así, definitivamente juzgando, lo resolvió y firmó la Licenciada REYNA LORENA BARRAGÁN HERNÁNDEZ, Juez del Juzgado Cuarto de lo Familiar de la Capital, ante la Licenciada SANDRA MIREYA PACHECO CORTEZ, Secretaria de Acuerdos que da fe.- - - - - - - - - - - - - - - - - - - - - - - - - -



Dos firmas ilegibles----------------------------------------------------------------------

Lo que hago de su conocimiento por medio de cédula que dejo hoy a las *11:10* horas, en poder de *Un lugar Visible del Juzgado* Durango, Dgo. a *25* de *Marzo* de 2015.

El C. Actuario Notificador
Lic. Alberto Carrera Melero.

(Gov. seal)

File No. **01262/2014**, of the ORDINARY CIVIL trial (FAMILY), promoted by **JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO, VIRGINIA RESENDIZ CISNEROS vs GENERAL DIRECTOR OF THE CIVIL REGISTRY IN THE STATE, OFFICIAL NUM. 21 OF THE CIVIL REGISTRY RESIDENT IN DURANGO**, processed before the fourth family court of the capital, a decree was issued stating:

DURANGO, DURANGO, MARCH 24, 2015 -------------------------------------------------------------
-------------------

V I E W E D for final sentencing, the Ordinary Civil trial, file number 01262/2014, promoted by JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO and VIRGINIA RESENDIZ CISNEROS, through their legal representative, Attorney MIGUEL BRICENO TREMILLO, against the GENERAL DIRECTOR OF THE CIVIL REGISTRY IN THE STATE and OFFICIAL OF THE CIVIL REGISTRY NUMBER TWENTY-ONE OF THIS CITY; for the nullity of a birth certificate; the parties have their legal address to receive notifications in this city: the actor in Calle Salvador Nava number one thousand three hundred and five of the Real del Prado colony of this city and the defendant in this same Court, and, --

WHEREAS:

SOLE ARTICLE.- By means of document submitted on December 11, 2014, JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO and VIRGINIA RESENDIZ CISNEROS appeared through their legal representative, Attorney MIGUEL BRICENO TREMILLO, to sue in Ordinary Civil trial the GENERAL DIRECTOR OF THE CIVIL REGISTRY IN THE STATE and the OFFICIAL OF THE CIVIL REGISTRY NUMBER TWENTY-ONE OF THIS CITY, for the nullity and cancellation of a birth certificate. The claim was admitted in the way and form proposed and the defendants were summoned so that within the term of nine days, they may appear to answer the lawsuit filed against them. There was no reply after the deadline, they defaulted and the evidentiary trial began for a period of ten days. Within it, only the actor's side came to provide evidence of their intention. By agreement dated February 17, 2015, evidence was admitted and a date and time was set for hearing of discharge of evidence at 11:30 hours, on February 23, of the current year. On the date indicated, the attached evidence was released and after, at the petition the acting parties, summons to the parties to hear sentence, which is pronounced today, and, ------------------------

R E C I T A L S:

FIRST.- The actors JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO and VIRGINIA RESENDIZ CISNEROS, through their legal representative, Attorney MIGUEL BRICENO TREMILLO, demand the cancellation of the birth certificate number 1845 (one thousand eight hundred and forty-five), book 1 (one), volume 10 (ten), dated March 14, 1985,

before the Civil Registry Official number 21 of this city, in reference to the birth beforehand registered, before the Montgomery of the Conroe County Texas, United States.

In fact, the existence of two birth certificates of the actor in which the names of the parents fully coincide was established in the case file, as well as his date of birth; however, the certificates indicate a different place of birth.

On the one hand a certified copy of the birth certificate of JESSIE CHRISTIAN SALGADO, drawn up before Official number 21 of this city was exhibited, birth certificate number 1845 (one thousand eight hundred and forty-five), book 1 (one), volume 10 (ten), dated March 14, 1985; which deserves full and complete evidentiary, in terms of articles 49 of the Civil Code and 327 sections II and III and 403 of the Code of Civil Procedures.

And on the other hand, the birth certificate was also presented, duly accompanied by its respective translation and its apostille, in which the birth of JESSIE CHRISTIAN SALGADO is recorded, on March 8, 1985, in Montgomery of the Conroe County Texas, United States, with registration date of March 28 1986; the one that has sufficient convictive force, pursuant to Articles 2nd, 3rd, 4th and 5th of the Convention by which the Requirements of Legalization of Foreign Public Documents is Deleted, signed by the Government of Mexico and approved by the Senate Congress of the Union, by decree published in the Official Gazette of the Federation on January 17, 1994, issued and published for due observance by the president of the Republic, on August 14, 1995, in which it is required as the only normalcy for the evidentiary effectiveness of said instruments, that it contains the corresponding "apostille" placed by the competent authority of the State from which this instrument comes.

That said, to show that the first of the mentioned certificates contain a false event, related to the place of his birth. The actor JESSIE CHRISTIAN SALGADO presented as evidence, the certified copy of the baptismal certificate dated May 31, 1993, in which it is specified that he was born in the city of Conroe, Texas, on March 8, 1985. Documents that constitute a public instrument in terms of article 327 section VI of the Code of Civil Procedures, and that therefore, It deserves to be fully admissible as evidence according to numeral 403 of the same legal code. That added together with the birth certificate previously evaluated, according to Article 403 of the aforementioned procedural code, it generates full conviction in the sense that the actor JESSIE CHRISTIAN SALGADO, was certainly born in the city of Montgomery of the Conroe County Texas, United States.

From where it follows, that the different record of his birth, drawn up before Official number 21 of this city, birth certificate number 1845 (one thousand eight hundred and forty five), book 1 (one), volume 10 (ten), dated March 14, 1985, contains a false fact since it states that he was born in said city, being that as it was said, his birth actually took place in the United States of America.

In this regard, it is necessary to establish what are the elements of a birth certificate; for this, the available content of Article 58 of the Civil Code, is used.

"Article 58. - The Birth Certificate, shall contain the year, month, day, time and place of Birth, sex, fingerprints, name and surnames given must not be omitted, the statement as to whether he

was presented alive or dead, the name, address and nationality of the parents; the name, address and nationality of the paternal and maternal grandparents; the name, age, domicile and nationality of the witnesses, and if the presentation is made by a person other than the parents, the name, surnames, age, domicile and relationship (sic) to the registered will be recorded; except the preventions contained in the following Articles:

The Officer of the Civil Registry shall record as the domicile of the newborn, the one indicated by his parents if the birth occurs in an establishment of reclusion of the State

In the case of Article 60 of this Code. The Civil Registry Official will put the paternal surname of the progenitors or the two surnames of the one who recognizes him."

As it can be noticed, the precept in question requires that the birthplace of the birth of the one whose birth is recorded be included in the birth certificate, a requirement that is not a mere form, but rather a substantial issue in the measure that it indirectly is granting Mexican nationality by birth when it appears that he was born in the national territory.

In effect, by pointing out that the actor is Mexican by birth by virtue of having been born in this city of Durango, when his birth certificate and his baptismal certificate reveals the falsehood of this fact, it is a substantial element of the certificate, by virtue of the fact that it is a issue that modifies the rights and obligations of the person concerned.

So given the transcendental nature of the vice imputed to the birth certificate in question. It is estimated that having been recorded by the Civil Registry official residing in this city, a false fact, that never happened, as it is the fact that JESSIE CHRISTIAN SALGADO was born in this city of Durango, it is required to be declared null and void, otherwise the existence of two certificates would be allowed, of which, on one of them, the actor has no interest precisely because it contains a false fact, substantial for its validity.

This declaration causes no negative legal effect to the actor in regards to filiation, since in the certificate drawn up abroad, the name of the parents of the registered party is indicated, which are the same as those the Mexican official refers, hence there is no doubt of the filiation to his parents. The above is strengthened with the following jurisprudence of the Ninth Time, issued by the Chamber of the Supreme Court of Justice of the Nation, located in the Judicial Weekly of the Federation and its Gazette, Volume XXXIII, June 2011, page 42, from the following text and heading:

"MEXICAN BIRTH CERTIFICATE. FACT WHICH IT IS POINTED OUT THAT THE BIRTH OCCURRED IN MEXICAN TERRITORY. HAVING BEEN ACCREDITED IN JUDGMENT THAT THIS HAPPENED ABROAD, THIS CONSTITUTES A SUBSTANTIAL VICE THAT CAUSES THE NULLITY OF THAT ONE (LEGISLATIONS OF THE JALISCO AND COAHUILA STATES). The circumstance that a Mexican birth certificate contains a false fact, consisting in indicating that the birth occurred in Mexican territory. Having been proven in court that it happened abroad, constitutes a substantial vice that makes its nullity and not its correction, being a question that can change the legal status of the person whose marital status is involved and due to the possibility of registering the foreign birth certificate in the corresponding Civil Registry. This is so, because maintaining its validity would only result in a duplicity of

certificates that would lead to legal uncertainty, weakening the function of public order that corresponds to said Registry; stating that the nullity of the birth certificate can only be requested by the persons of whose marital status is concerned, as well as by those to whom the law expressly allows it. "

Therefore, based on Article 8th of the Civil Code of the State, which states:

"Certificates executed against the wording of prohibitive laws or public interest shall be null and void. Except in cases where the law orders otherwise."

The annulment of registration of the birth of JESSIE CHRISTIAN SALGADO, drawn up before Official number 21 of this city must be ordered, birth certificate number 1845 (one thousand eight hundred and forty-five), book 1 (one), volume 10 (ten), dated March 14, 1985.

So that in this way, only the registration of the birth of JESSIE CHRISTIAN SALGADO, dated March 8, 1985, in Montgomery County Conroe Texas, United States, registration date March 28, 1986 shall prevail.

Therefore, duly issue notification to Official number twenty-one with residence in this city of Durango, as well as the General Director of the Civil Registry in the State, so that the cancellation of the certificate that has been declared void proceed.

For the above stated and founded and also with the support in Article 79, section VI, 80, 81, 82 and other relative of the Code of Civil Procedures, it is resolved.----------------------------------------

FIRST.- The actors JESSIE CHRISTIAN SALGADO, PRODIGIOS SALGADO SOLORZANO and VIRGINIA RESENDIZ CISNEROS, through their legal representative, Attorney MIGUEL BRICENO TREMILLO, substantiated their claim and the defendants GENERAL DIRECTOR OF THE CIVIL REGISTRY IN THE STATE and CIVIL REGISTRY OFFICIAL NUMBER TWENTY-ONE FROM THIS CITY; who did not answer the demand nor did they oppose exceptions, accordingly:------------------------------------------------------------------------------

SECOND.- The registration of the birth of JESSIE CHRISTIAN SALGADO is declared null and void, Official number 21 of this city, birth certificate number 1845 (one thousand eight hundred and forty five), book 1 (one), volume 10 (ten), dated March 14, 1985.--------------------------------

THIRD.- Duly issue the corresponding notification to the OFFICIAL OF THE CIVIL REGISTRY NUMBER TWENTY-ONE OF THIS CITY, as well as to the GENERAL DIRECTOR OF THE CIVIL REGISTRY IN THE STATE, so that they proceed with the cancellation of the annulled certificate.---------------------------------------------------------------

FOURTH.- NOTIFY.- Thus, finally disposed, resolved and signed Attorney REYNA LORENA BARRAGAN HERNANDEZ, Judge of the Fourth Family Court of the Capital, before licensed SANDRA MIREYA PACHECO CORTEZ, Court Clerk who attests.---------------------------------

Two illegible signatures-----------------------------------------------------------------------------------

Please be acknowledged that by means of ID that I leave today at 11:10 hours in the possession of A visible place in the Court

Durango, Dgo. On March 25, 2015

(signature)
Actuary Notifier
Lic. Alberto Carrera Melero

# Translations y Más

**CERTIFICATE OF TRANSLATION**

I Evelyn Mejía am over the age of twenty-one years and competent to make this translation. I speak, read, and write fluently in both the English and Spanish languages. I hold a degree in Paralegal Studies.

I hereby certify that the Spanish to English translation attached hereto: "**Jesse Christian Salgado's: SENTENCING – FILE No. 01262/2014**   consisting of a total of 2 pages, is a true, correct and complete English translation to the best of my ability, of the original document in Spanish".

EVELYN MEJIA
TRANSLATIONS Y MAS
713-702-3481
E-mail: translations_y_mas@hotmail.com

# EXHIBIT E

# Hinojosa & Salinas, PLLC

## Attorneys at Law

Attorneys at Law:

Roberto M. Hinojosa
Enrique Salinas

2020 Southwest Fwy. (US 59) Ste # 220
Houston, Texas 77098
Tel.: (713) 665-5060
Fax (713) 520-8808
E-mail: attorneyrmh@yahoo.com

August 27, 2018

***Sent via Certified Mail: 7015 1660 0000 3063 1551; RRR and FAX 512-776-7481 3 pages including cover***

Texas Department of State Health Services
P.O. Box 149347
Austin, TX 78714-9347

**RE: Matter of Jessie Christian Salgado; DOB 03/08/1985; Remit # F016825**

Dear Sir/Madam,

Mr. Jessie Christian Salgado has retained Hinjosa & Salinas, PLLC through attorney of record, Roberto M. Hinojosa, to represent him in a fair hearing before the Department of State Health Services. The request for a Fair Hearing is for the purpose of determining if there is evidence to support the State Registrar's proposed refusal to issue the requested copy of birth record for Jessie Christian Salgado. Included is the letter dated August 20, 2018 addressed to Mr. Jessie Christian Salgado, the Fair Hearing Request Form, and a copy of the faxed request. Please let me know if you require any further documentation.

Thank you for your time.

Sincerely,

Roberto M. Hinojosa,
Attorney for Jessie Christian Salgado



# TEXAS DEPARTMENT OF STATE HEALTH SERVICES

P.O. Box 149347
Austin, Texas 78714-9347
1-888-963-7111
TTY: 1-800-735-2989
www.dshs.state.tx.us

JOHN HELLERSTEDT, M.D.
COMMISSIONER

August 20, 2018

Jessie Christian Salgado
123 Birchwood Drive
Willis, Texas 77378

Re: Jessie Christian Salgado
 Date of Birth: March 8, 1985
 Remit #: F016825

Dear Mr. Salgado:

In accordance with the provisions of Section 191.057, Health and Safety Code, you are hereby notified that I refuse to issue the requested copy of the birth record of the above-referenced person.

**REASON FOR REFUSAL:** A Mexican birth record exists for indicating he was born in Durango, Mexico.

**You have an opportunity for a fair hearing before the Department of State Health Services to determine if there is evidence to support the State Registrar's proposed action. If you desire a fair hearing, you must submit a written request for a fair hearing within 20 working days after receiving this Notification of Refusal. A request form for a fair hearing is enclosed for your convenience.**

The $22.00 fee submitted has been deposited into the State Treasury to cover the Cost of searching our files.

Should you have any questions, please contact the HHS Inspector General, Internal Affairs Directorate, Vital Statistics Fraud Unit, Silvia Hernandez at (512) 776-7409, Fax: 512-776-7481.

Sincerely,

Tara Das, PhD, MPH, MLIS
State Registrar

Enclosure

*An Equal Opportunity Employer and Provider*



# TEXAS DEPARTMENT OF STATE HEALTH SERVICES

JOHN HELLERSTEDT, M.D
COMMISSIONER

P.O. Box 149347
Austin, Texas 78714-9347
1-888-963-7111
TTY: 1-800-735-2989
www.dshs.state.tx.us

### OFFICE OF GENERAL COUNSEL

### ADMINISTRATIVE HEARING REQUEST
PETICIÓN DE LA AUDIENCIA ADMINISTRATIVA

**NAME / NOMBRE:** Jessie Christian Salgado

**LAST NAME / APELLIDO :** Salgado

**ADDRESS / DIRECCION :** 123 Birchwood Dr.

Willis, TX 77378

**DATE OF BIRTH / FECHA DE NACIMIENTO** 03/08/1985

**TELEPHONE / TELEFONO:** 936.827.4148

**REQUEST / SOLICITUD:** Request for fair hearing

**COMMENTS / COMENTARIOS:**

The law firm Hinojosa & Salinas, PLLC, through
attorney of Record Roberto M. Hinojosa represents
Jessie Christian Salgado and on his behalf request
an Oppertunity for a fair hearing before the
Department of State Health Services.

**DATE / FECHA :** 8/27/2018

**SIGNATURE / FIRMA:** _[signature]_

Roberto M. Hinojosa
State Bar: 24043730
2020 Southwest Fwy. Ste. 220 Houston, TX 77098

P. O. Box 13247  •  Austin, Texas 78711  •  4900 North Lamar, Austin, Texas  78751

T. (713) 665-5060  Fax: (713) 520-8808

```
┌─────────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT            │
└─────────────────────────────────────────────┘
                              TIME  : 08/27/2018 05:33PM
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : U64221B7N402160
```

```
┌──────────────────────────────────────────────────────────────────┐
│                                                                    │
│    DATE,TIME              08/27  05:32PM                            │
│    FAX NO./NAME           5127767481                               │
│    DURATION               00:01:08                                 │
│    PAGE(S)                03                                        │
│    RESULT                 OK                                        │
│    MODE                   STANDARD                                 │
│                           ECM                                      │
│                                                                    │
└──────────────────────────────────────────────────────────────────┘
```

# Hinojosa & Salinas, PLLC
## Attorneys at Law

Attorneys at Law:

Roberto M. Hinojosa
Enrique Salinas

2020 Southwest Fwy. (US 59) Ste # 220
Houston, Texas 77098
Tel.: (713) 665-5060
Fax (713) 520-8808
E-mail: attorneyrmh@yahoo.com

August 27, 2018

*__Sent via Certified Mail: 7015 1660 0000 3063 1551; RRR and FAX 512-776-7481 3 pages including cover__*

Texas Department of State Health Services
P.O. Box 149347
Austin, TX 78714-9347

**RE: Matter of Jessie Christian Salgado; DOB 03/08/1985; Remit # F016825**

Dear Sir/Madam,

Mr. Jessie Christian Salgado has retained Hinjosa & Salinas, PLLC through attorney of record, Roberto M. Hinojosa, to represent him in a fair hearing before the Department of State Health Services. The request for a Fair Hearing is for the purpose of determining if there is evidence to support the State Registrar's proposed refusal to issue the requested copy of birth record for Jessie Christian Salgado. Included is the letter dated August 20, 2018 addressed to Mr. Jessie Christian Salgado, the Fair Hearing Request Form, and a copy of the faxed request. Please